Copy 1 of 2

FILED
08 JAN -9 PH 1:32
CLERK U.S. DISTRICT COURT
N. DIST OF CALIFORNIA

01/01/08
WILLIE WEAVER
J. 91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

|  |  |
|---|---|
| WILLIE WEAVER, PLAINTIFF, VS. PELICAN BAY STATE PRISON, DEFENDANT. | IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CASE NO. CV-07-4315 JW (PR) NOTICE OF APPEAL |

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK:

NOTICE IS HEREBY GINEN THAT
PLAINTIFF HERE BY APPEAL TO THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT FROM
ORDER TERMINATION ENTERED IN
THIS ACTION 12/28/07.

RESPECTIBLE SUBMITTED
Willip Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOR GOING BE TRUE AND CORRECT

IN THE UNITED STATES
DISTRICT COURT OF
NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,
        PLAINTIFF,

vs.                          CASE NO, CV-07-4315
                                  JW (PR)

PELICAN BAY,

STATE PRISON,         / PROOF OF SERVICE
        DEFENDANT,

I HEREBY CERTIFY THAT ON ; 01/01/08 , I
SERVED A COPY OF THE ATTACHED
         THREE EXACT MOTION FOR
    NOTICE OF APPEAL

BY PLACING A COPY IN A POSTAGE
PAID ENVELOPE ADDRESSED TO THE
PERSON (S) HERE IN AFTER LISTED, BY
DEPOSITING SAID ENVELOPE IN THE
UNITED STATE MAIL AT : PELICAN BAY
  STATE PRISON  P.O, BOX 7000 CRESCENT
  CITY, CA, 95531
(LIST NAME AND ADDRESS OF EACH
 DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK , IN THE UNITED
STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA 450 GOLDEN GATE
  AVENUE
  SAN FRANCISCO, CA. 94102
I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.
                        Willie Weaver
                    SIGNATURE