WILLIE WEAVER
J. 91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M
0004217666   JAN 0
$ 00
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

**PELICAN BAY**
**P.S.U. UNIT B-**        9410213661

CASE NO. CV-07-4
JW (PR) OFFICE OF T
CLERK IN THE UN
STATES DISTRICT
FOR THE NORTHE
DISTRICT OF CALIF
450 GOLDEN GATE A
AVENUE
SAN FRANCISCO, CA