**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 22, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:     Request for Payment of Docket Fee

Title:  **Weaver -v- Nelson**
Case Number:     **CV 07-4315 JW**
Court of Appeals Number:

A notice of appeal was filed with this Court on 1/9/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  **Cindy Vargas**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**