FILED
FEB 19 PM 1:21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

02/05/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531,

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

PLAINTIFF,

VS.

PELICAN BAY STATE PRISON

DEFENDANT

CASE NO. CV-07-04315 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE;
OFFICE OF THE CLERK;

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER JUDGEMENT ENTERED IN THIS ACTION JAN 14, 2008.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJUAY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,
VS.

CASE NO. CV-07-04315

PELICAN BAY STATE PRISON,
    DEFENDANT,

PROOF OF SERVICE

I hereby certify that on: 02/05/08 I served a copy of the attached three exact motion for notice of appeal by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United States mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

I declare under penalty of perjury the forgoing is true and correct.

Willie Weaver
SIGNATURE