J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.



← BACK SIDE

RETURNED FOR POSTAGE

56¢

CONFIDENTIAL
LEGAL MAIL

OVER

CASE NO. CV-07-04315
JW (PR)
OFFICE OF THE CLERK
IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA 450
GOLDEN GATE AVENUE
SAN FRANCISCO CA 94102