**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 26, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:    Request for Payment of Docket Fee

**Title:  WILLIE WEAVER -v- NELSON**
**Case Number:       CV 07-04315 JW**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 2/19/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

**RICHARD W. WIEKING, Clerk**

**by:  Cindy Vargas**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**